Justin D. Graham (State Bar No. 219791)
**ATTORNEY AT LAW**
5855 Green Valley Circle, Suite 214
Culver City, CA 90230
Tel: (310) 215-1105
Fax: (310) 215-1113

Attorney for Debtor
**CARL LLOYD**

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In Re

CARL LLOYD,

Debtor(s).

CASE NO. 2:10-bk-10078-RN

Chapter 7

**DEBTOR CARL LLOYD'S NOTICE OF MOTION & MOTION TO COMPEL TRUSTEE'S ABANDONMENT OF EQUITABLE INTEREST IN REAL PROPERTY**

(No Hearing Required)

**TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

The debtor Carl Lloyd hereby moves the court to compel the trustee's abandonment of the real property located at 3745 South Muirfield Road, Los Angeles, CA 90016 (hereinafter the "Property"). The basis for this motion is that the Property is of inconsequential value to the bankruptcy estate. Any objection to this motion and request for hearing must be filed and served not more than 15 days after service of the notice, unless the notice specifies a longer period or unless otherwise ordered by the court.

Dated: February 17, 2010            By: ___/s/ Justin D. Graham___
                                         Justin D. Graham
                                         Attorney for Debtor

The undersigned declares as follows:

1. In a chapter 7 bankruptcy, the trustee alone has the capacity to sue or be sued on behalf of the bankruptcy estate. *11 U.S.C. § 323; FRBP 6009.*

2. On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate. *11 U.S.C. § 554(b).* No hearing is required. *LBR 6007-1.*

3. On or about August 15, 2007, the Property was sold at a trustee sale. A true and correct copy of the trustee's deed is attached hereto as Exhibit A.

4. The debtor has resided continuously at the Property since August 15, 2007.

5. On June 5, 2008, the debtor filed an action for wrongful foreclosure to vacate the aforesaid sale in the Los Angeles County Superior Court. LASC Case No. BC392084 (*Carl Lloyd v. U.S. Bank National Association et al.*) is pending.

6. According to the trustee's deed attached hereto, the amount owed by the debtor at the time of the trustee sale was approximately $425,000.

7. According to the debtor's Schedule A, as well as the desktop appraisal attached hereto as Exhibit B, the Property is valued at approximately $340,000. Should the trustee sale be set aside in the above-mentioned civil action, the loan for $425,000 would be reinstated. The negative equity would render the Property inconsequential to the bankruptcy estate.

8. The trustee has not intervened or attempted to intervene in the aforesaid civil proceeding.

9. Wherefore, the debtor moves for an order compelling the trustee to abandon the above-described real property so that the debtor may continue to prosecute his state court action.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Culver City, CA.

Dated: February 17, 2010    By:    /s/ Justin D. Graham
                                    Justin D. Graham

Motion to Compel Abandonment

# EXHIBIT A

Recording Requested By:
FIRST AMERICAN LOANSTAR TRUSTEE
SERVICES
P.O. BOX 961253
FORT WORTH, TX 76161
Mail Tax Statements To:
AMERICA'S SERVICING CO.
3476 STATEVIEW BLVD., FORECLOSURE
# 7801-013
FT. MILL, SC 29715

08/21/07

**20071957438**

| APN NO.: | 5046-031-026 |
| --- | --- |
| TITLE ORDER NO.: | 3228306 |
| TS NO.: | 20079134001424 |
| LOAN TYPE: | Conventional |

Space above this line for Recorder's use only

**CALIFORNIA**

# TRUSTEE'S DEED UPON SALE

The undersigned grantor declares under penalty of perjury:
1) The grantee herein WAS the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was......$ 425,043.49
3) The amount paid by the grantee at the trustee sale was...... $ 425,043.49
4) The documentarty transfer tax is......... $ 0.00
5) Said property is INCORPORATED / UNINCORPORATED

and **FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**US Bank National Association, not individually but solely as Trustee for the holder of Bear Stearns Asset Backed Securities I Trust 2006-IM1**

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of LOS ANGELES, State of CALIFORNIA, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 11/1/2005 and executed by,

**CARL LLOYD, A SINGLE MAN**

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

(Page 1 of 2)

X:\NDTS\CADS_009.RPT

• 000004

3

APN NO.:          5046-031-026                                        CALIFORNIA
TITLE ORDER NO.: 3228306
TS NO.:           20079134001424
LOAN TYPE:        Conventional

## TRUSTEE'S DEED UPON SALE

as Trustor, and recorded 11/10/2005, as Instrument No. 05 2724304, in Book , Page of Official Records of LOS ANGELES County, CALIFORNIA, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorded of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of a Sale have been met.

Said property was sold by said Trustee at public auction on 8/15/2007 at the place named in the Notice of Sale, in the County of LOS ANGELES CALIFORNIA, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount of **$425,043.49** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:   August 17, 2007

**FIRST AMERICAN LOANSTAR TRUSTEE SERVICES**

BY: _____
    DEEANN GREGORY, TRUSTEE OFFICER


State of    TEXAS     } §
County of   TARRANT   }

On August 17, 2007 before me, _____L Wilson_____ the undersigned Notary Public, personally appeared **DEEANN GREGORY** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

L. WILSON
Notary Public, State of Texas
My Commission Expires
October 13, 2009

(Page 2 of 2)

X:\NDTS\CADS_009.RPT

000005

EXHIBIT 4

**PROPERTY ADDRESS:**          3745 SOUTH MUIRFIELD ROAD, LOS ANGELES, CA 90016
**REFERENCE NUMBER:**          20079134001424

LEGAL DESCRIPTION:

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF California, COUNTY OF LOS ANGELES CITY OF LOS ANGELES, AND DESCRIBED AS FOLLOWS:

LOT 38 OF TRACT NO. 12548, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 240 PAGE (S) 32 AND 33 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**ASSESSOR'S PARCEL NUMBER:**          5046-031-026

# EXHIBIT B

| Get Home Values | Address<br>3745 south muirfiled | City & State or ZIP<br>los angeles, ca | Search |

## 3745 south muirfiled, Los Angeles, CA 90012

**Home Details** (what's this?)

Residence: **Single Family** | Beds: **3** | Bath: **1.0** | Square Feet: **1,108**
Lot Size: **6,000** | Year Built: **1945**



Last Sold Price: $325,000

Value Range:
$238,650 - $345,075
3745 S Muirfield Rd, Los Angeles, CA 90016

Legend: Searched Home   Sold Comparable Homes   Similar Homes for Sale

**Home Value Estimates** (what's this?)

Zillow.com   $322,500

eppraisal.com   Information is not available at this time

1 Year Home Value Change

1yr   5yr   10yr

See more graphs & data at Zillow.com

**Home Sale History and Tax** (what's this?)

Last Sold Date: **07/29/1998**
Last Sold Price: **$157,000**
Tax assessed value: **$363,000**

See more sale history & tax info at Zillow.com

**Recently Sold Comparable Homes**     Nearby Similar Homes for Sale

|  | Address | Sold Price | Sold On | Bed | Bath | Square Feet | Distance (miles) | Comparable Relevance |
|---|---|---|---|---|---|---|---|---|
|  | 3745 S Muirfield Rd | -- | -- | 3 | 1.0 | 1,108 | 7.1 | 100% |
| 1 | 2934 S Norton Ave | $285,000 | 09/04/2009 | 2 | 1.0 | 961 | 6.3 | 100% |
| 2 | 2330 W West View St | $244,000 | 11/18/2009 | 3 | 1.0 | 1,385 | 7.1 | 100% |
| 3 | 3915 Exposition Blvd | $290,000 | 04/07/2009 | 3 | 2.0 | 1,388 | 6.8 | 100% |
| 4 | 3700 Westside Ave | $400,000 | 12/07/2009 | 3 | 2.0 | 1,348 | 6.1 | 100% |
| 5 | 2328 West Blvd | $245,000 | 01/21/2010 | 2 | 1.0 | 1,066 | 6.6 | 100% |
| 6 | 4122 S Norton Ave | $295,000 | 09/30/2009 | 2 | 1.0 | 1,517 | 6.7 | 100% |
| 7 | 4967 Fir St | $220,000 | 10/09/2009 | 2 | 1.0 | 992 | 7.5 | 100% |
| 8 | 2127 S Longwood Ave | $325,000 | 11/04/2009 | 2 | 1.0 | 1,280 | 7.1 | 100% |
| 9 | 2800 Vineyard Ave | $204,500 | 12/07/2009 | 2 | 1.0 | 1,289 | 7.0 | 100% |
| 10 | 3907 Degnan Blvd | $370,000 | 09/17/2009 | 3 | 2.0 | 1,439 | 6.5 | 100% |
|  | Average | $287,850 | 10/12/2009 | 2.4 | 1.3 | 1,267 | 6.8 | 100% |

Showing **1-10** of **10** Recently Sold Comparable Homes (what's this?)    Previous **1** Next

Data provided by Zillow and subject to Zillow terms of use. Click here for more information

E  Credit Monitoring and Score

ADVERTISEMENT

## Next Steps...

**For Home Buyers**
Search homes for sale
Find out how much house you can afford
Find a Realtor®

**For Home Sellers**
Learn ways to increase your home value
Find a Realtor®

**For Home Owners**
Should you refinance?
Get information about home equity loans

**Contact Local Real Estate Appraisers**

Advanced Real Estate Appraisal
(323) 265-3210
1952 Sheridan St
Los Angeles, CA

Action Estate Sales
(213) 952-4520
Los Angeles, CA

Appraisal Associates LA
323.620.7833
(323) 620-7833
Los Angeles, CA